

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-16-00773-CV

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Jennifer L. **ZUNIGA** and Janet Northrup as Trustee for the Bankruptcy Estate of Christopher J. Medina,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11445
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

On November 15, 2017, this court issued its opinion and judgment in this appeal. On November 27, 2017, Appellee filed a first motion for extension of time to file a motion for rehearing until December 15, 2017. *See* TEX. R. APP. P. 49.1, 49.8.

Appellee's motion for extension of time is GRANTED. Appellee's motion for rehearing is due December 15, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court